UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH MICHELLE LEMAY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C17-733-JPD<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

This matter comes before the Court upon plaintiff's failure to comply with the Court's August 23, 2017 Minute Order. Dkt. 12. Specifically, the Court struck plaintiff's opening brief for failure to comply with the local rules of this district as well as the Scheduling Order, and directed plaintiff to file an amended opening brief by no later than Friday, August 25, 2017. *Id*. at 2. To date, plaintiff has failed to comply with this directive.

Accordingly, plaintiff is ordered to SHOW CAUSE by no later than **Wednesday, September 6, 2017** why plaintiff's counsel should not be sanctioned $150 for her failure to carefully read and comply with this Court's Orders. Plaintiff's corrected opening brief is also due by that date. All other deadlines in the Scheduling Order, Dkt. 10, remain unchanged.

//

ORDER - 1

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 29th day of August, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2