UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH MICHELLE LEMAY, | Case No. C17-733-JPD |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon plaintiff's amended unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Dkt. 23, the declaration of Lisa R.J. Porter, Dkt. 24, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521 U.S. (2010), it is hereby ordered that EAJA attorney's fees of $**5,662.95,** expenses of $**6.43** and costs of $**6.60**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u>, shall be paid to the plaintiff, and mailed to the attorney's office.

DATED this 6th day of February, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1